# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>DUSAN "DAVID" MLADEN<br><br>Defendant(s) | )<br>)<br>) Case No.<br>) 347 mJTa11  (JGM)<br>)<br>)<br><br>**FILED** 2017 JUL 11 PM 3 32<br>U.S. DISTRICT COURT<br>NEW HAVEN, CT. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2017__ in the county of __Fairfield and Hartford__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatening a Federal Official |

This criminal complaint is based on these facts:
See Attached Affidavit of Matthew Parker, Criminal Investigator, United States Marshals Service.

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew Parker, Criminal Investigator, USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __July 11, 2017__

/s/ Judge Joan G. Margolis
*Judge's signature*

City and state: __New Haven, CT__           Hon. Joan G. Margolis, U.S. Magistrate Judge
*Printed name and title*